**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**JIMMIE E. BURNS**                                                                                    **PLAINTIFF**

**v.**                              **Civil No. 06-5087**

**MICHAEL J. ASTRUE**[1]                                                                             **DEFENDANT**

**O R D E R**

Now on this 10th day of May, 2007, comes on for consideration the **Magistrate Judge's Amended Report and Recommendation** (document #11, filed April 16, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's decision is affirmed and Plaintiff's complaint is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                                     **/s/Jimm Larry Hendren**
                                                                     **HON. JIMM LARRY HENDREN**
                                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.